# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR7 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ANDRES BELTRAN-RIVERA, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's request for a transcript of his sentencing hearing (Filing No. 30).

The request for a transcript of the sentencing hearing held on May 24, 2010, is granted, provided the Defendant contacts Brenda Fauber, 111 S. 18th Plaza, Suite 3129, Omaha, NE 68102, and makes financial arrangements for preparation of the transcript.

IT IS ORDERED:

1. The Defendant's request for a transcript (Filing No. 30) is granted under the conditions described above; and

2. The Clerk is ordered to mail a copy of this order to the Defendant at his last known address.

DATED this 16th day of September, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge